

FILED
CLERK, U.S. DISTRICT COURT

OCT 11 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

　　　　Plaintiff,

　　　　v.

SOPHIA SHAKLIAN,

　　　　Defendant.

Case No. CR24-583-SB-1

ORDER OF DETENTION

I.

On October 9, 2024, Defendant Sophia Shaklian made her initial appearance on the Indictment filed in this case. Deputy Federal Public Defender Lisa LaBarre was appointed to represent Defendant. At Defendant's request, a detention hearing was continued to October 11, 2024 and held on that date.

☐ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure:  ☒ the appearance of the defendant as required.
☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also

considered the report and recommendation prepared by United States Probation and Pretrial Services.

## IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

☒ Information about Defendant's financial assets and resources is unverified and inconsistent – Defendant is alleged to have submitted applications to lease vehicles in which she has reported annual income of $180,000 and, as recently as February 2024, an annual income of $300,000, while reporting, to Probation and Pretrial Services, that her income is limited to the proceeds of in home health care services. In addition, the allegations in the Indictment suggest that Defendant has access to bank accounts held in the name of others, including foreign individuals.

☒ History of foreign travel, including recent travel

☒ At least one proposed surety may have some involvement in the offense alleged.

☒ Defendant is alleged to have continued to engage in the offense conduct after she became aware of the government's investigation and after the execution of a search warrant at her home, albeit through the use of aliases, phone numbers that were not subscribed to her, and entities that were in the names of other persons, including foreign persons.

☒ The indictment charges Defendant with health care fraud, and conspiracy to launder monetary instruments and concealment money laundering and alleges the use of bank accounts and operation of business entities in the names of foreign and other individuals in connection with the healthcare fraud scheme alleged.

As to danger to the community:

☒ Seriousness of allegations in the Indictment

V.

The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: October 11, 2024

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE